MARION DONOVON-KALOUST (CA SBN 301632)
*Mickey@immdef.org*
EMILY GERBER SUGARMAN (CA SBN 339353)
*esugarman@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Telephone: 213-371-1632
Facsimile: 213-282-3133

*Pro Bono* Attorneys for Petitioners

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

J.V.C.D., and A.M.C.D., Minors, and A.S.C.D, as Next Friend of Minors,

Petitioners,

v.

ANA BABUDAR, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ALEX J. ADAMS, Assistant Secretary of the Administration of Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; ROBERT F. KENNEDY, Secretary of the U.S. Department of Health and Human Services; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security.

Respondents.

No. 5:26-cv-01820-SP

Hon. Sheri Pym

**ORDER GRANTING PETITIONER'S PETITIONS FOR APPOINTMENT OF A GUARDIAN AD LITEM FOR PETITIONERS**

WHEREFORE, the Court having considered Minor Petitioners' Petitions for Appointment of a Guardian Ad Litem for Petitioners J.V.C.D., and A.M.C.D, minors (docket nos. 5, 6), and for good cause appearing, A.S.C.D is appointed as guardian ad litem for J.V.C.D., and A.M.C.D. in this matter.

SO ORDERED.

Dated: April 21, 2026

By: ______________________
Hon. Sheri Pym